IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ROMERO, on behalf of himself and all others situated, <br><br> Plaintiffs, <br><br> -against- <br><br> DRESS UP FORUM, LLC <br><br> Defendant. | 1:20-cv-07430-LGS <br><br> [PROPOSED] CONSENT ORDER REGARDING SUBSTITUTION OF ATTORNEY FOR DEFENDANT, DRESS UP FORUM, LLC |

To the Clerk of the Court and All Parties of Record:

**PLEASE TAKE NOTICE** that subject to approval by this Court, Defendant Dress Up Forum, LLC substitutes Beverly Nwanna, Esq. as counsel of record in place of Maria Moukides, Esq. of **FREEMAN MATHIS & GARY, LLP.**

Contact information for new counsel is as follows:

**FREEMAN MATHIS & GARY, LLP**
One Gateway Center, Suite 2600, Newark, New Jersey 07102 and
5 Penn Plaza, 23rd Floor, New York, NY  10001-1810
Tel: 973-799-8547
Beverly Nwanna, Esq. (Email: BNwanna@fmglaw.com)

I, the undersigned consent, to the above substitution.

Date: December 29, 2020

_Anna Moore_
FOR DEFENDANT, DRESS UP FORUM, LLC

The application is DENIED.  This case was closed pursuant to the Order, dated November 19, 2020 (Dkt. No. 15), and neither party moved to reopen within 30 days, as required by that Order.

SO ORDERED

Dated:  January 11, 2021
        New York, New York

_Lorna G. Schofield_
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1

I, the undersigned, consent to the above substitution.

Date: December 29, 2020

*s/Maria Moukides*

**MARIA MOUKIDES, ESQ. (FORMER ATTORNEY FOR DEFENDANT, DRESS UP FORUM, LLC)**

I, the undersigned, consent to the above substitution.

Date: December 29, 2020

*s/ Beverly Nwanna*

**BEVERLY NWANNA, ESQ. (NEW ATTORNEY FOR DEFENDANT, DRESS UP FORUM, LLC)**

The substitution of attorney is hereby approved and SO ORDERED.

Dated: _____, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2